UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WALKER & SONS, L.L.C.** | **CIVIL ACTION NO. 6:21-cv-927** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SLAP YA MOMMA'S BILOXI, INC. AND JOYCE WINTZELL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER ON
## CONSENT MOTION FOR EXTENSION OF TIME
## TO SERVE RESPONSIVE PLEADINGS

Considering the Consent Motion for Extension of Time to Serve Responsive Pleadings filed by Plaintiff, **Walker & Sons, L.L.C.**,

**It is Ordered** that the Motion is **granted**, and Defendants, **Slap Ya Momma's Biloxi, Inc.** and **Joyce Wintzell**, must serve responsive pleadings no later than 30 days from Monday, July 12, 2021, or **August 11, 2021**.

**Done and signed** this ___19th___ day of July, 2021, at Lafayette, Louisiana.

_____
United States Magistrate Judge